UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. '08 MJ 0526 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326; |
| German MENDOZA-Gonzalez ) | Deported Alien Found in the |
| (AKA: Jose RAMIREZ-Gonzalez) ) | United States |
| ) | |
| Defendant. ) | |

The undersigned complainant, being duly sworn, states:

On or about, **February 20, 2008**, within the Southern District of California, defendant, **German MENDOZA-Gonzalez (AKA: Jose RAMIREZ-Gonzalez)**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Gregory M. Harrison, Immigration &
Customs Enforcement, Deportation Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **22nd** DAY OF **February 2008**.

_____
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
NAME: MENDOZA-Gonzalez, German (AKA: RAMIREZ-Gonzalez, Jose)

## PROBABLE CAUSE STATEMENT

As part of assigned duties of the Detention and Removal Office, Deportation Officers review various sources in order to check on aliens that have been previously removed from the United States. This is done in order to determine if subjects have returned to the United States, in violation of Title 8, United States Code, Section 1326.

On Wednesday, February 20, 2008, the defendant identified as German MENDOZA-Gonzalez (AKA: Jose RAMIREZ-Gonzalez) was arrested by the Escondido Police Department in Escondido, California and booked into county jail. Subsequently, a Senior Special Agent with Immigration and Customs Enforcement determined the defendant to be a citizen of Mexico and placed an immigration detainer pending his release. On Thursday, February 21, 2008 at approximately 9:45 a.m. the defendant was referred to United States Immigration and Customs Enforcement custody. Deportation Officer Gregory Harrison reviewed various sources of information and conducted official record checks in regards to the defendant revealing him to be a citizen of Mexico having been previously removed from the United States on at least eight occasions.

A thorough review of official immigration computer database record checks revealed that the defendant has been ordered removed from the United States by an Immigration Judge on three occasions, the most recent being on or about April 27, 2006 and removed to Mexico via the San Ysidro Port of Entry. Record checks further revealed that the defendant has been issued a re-instatement of removal on five occasions, the most recent being on or about October 16, 2006 and removed to Mexico via the San Ysidro Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as German MENDOZA-Gonzalez, a citizen and national of Mexico.

The defendant was admonished as to his rights per "MIRANDA" in the Spanish language at approximately 11:44 a.m. by Deportation Officer Gregory M. Harrison as witnessed by Immigration Enforcement Agent Gonzalo Estudillo. The defendant acknowledged his rights per "MIRNADA" and elected to answer questions without counsel present.

The defendant stated that he is a citizen of Mexico by virtue of birth, was deported or removed from the United States to Mexico on eight occasions and had not obtained a waiver in order to re-enter the United States. The defendant acknowledged that he unlawfully entered the United States on approximately November 20, 2006 through the fields near Otay Mesa, California. The defendant acknowledged that he has no legal right to enter or reside in the United States.

_____
SIGNATURE OF COMPLAINANT
Gregory M. Harrison, Immigration &
Customs Enforcement, Deportation Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **22nd** DAY OF **February 2008**.

_____
UNITED STATES MAGISTRATE JUDGE